UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DOUGLAS DAVIS, | No. C 13-03082 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN COLVIN, | |
| Defendant. | |

On July 3, 2013, Douglas Davis filed a complaint against the Commissioner of the Social Security Administration ("SSA"), Carolyn Colvin, that asks the court to review the SSA's decision denying his claim for disability benefits. Complaint, ECF No. 1.[1] Ms. Colvin answered his complaint on October 15, 2013. Answer, ECF No. 7. Mr. Davis's motion for summary judgment was due by November 12, 2013, Social Security Procedural Order, ECF No. 2 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer).

To date, Mr. Davis has not filed any motion for summary judgment, even though his deadline for doing so was November 12, 2013. Accordingly, the court **ORDERS** Mr. Davis to show cause, in writing and by **February 10, 2014**, why his action should not be dismissed for failure to prosecute.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-03082 LB
ORDER

**IT IS SO ORDERED.**

Dated: January 28, 2014

_____
LAUREL BEELER
United States Magistrate Judge