UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DOUGLAS DAVIS,

         Plaintiff,

   v.

CAROLYN COLVIN,

         Defendant.

No. C 13-03082 LB

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING NEW BRIEFING SCHEDULE**

On July 3, 2013, Douglas Davis filed a complaint against the Commissioner of the Social Security Administration ("SSA"), Carolyn Colvin, that asks the court to review the SSA's decision denying his claim for disability benefits. Complaint, ECF No. 1.[1] Ms. Colvin answered his complaint on October 15, 2013. Answer, ECF No. 7. Mr. Davis's motion for summary judgment was due by November 12, 2013, Social Security Procedural Order, ECF No. 2 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer). He did not file it. Accordingly, the court previously ordered Mr. Davis to show cause, in writing and by February 10, 2014, why his action should not be dismissed for failure to prosecute. *See* Order, ECF No. 17.

By letter dated February 4, 2014, and sent by certified mail, Mr. Davis responded to the order to show cause, saying that he disagreed with the Social Security Administration's determination that he

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-03082 LB
ORDER

could lift 30 to 50 pounds.  *See* ECF No. 18.

Under the circumstances, the court discharges the order to show cause.  Because Mr. Davis is representing himself, the court provides the following information about legal resources available to him.

First, the court attaches a copy of the district court's *Handbook for Litigants Without a Lawyer*.

Second, the court advises Mr. Davis that he may seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, he will be able to speak with an attorney who may be able to provide basic legal help but not representation.  A copy of the Legal Help Center's flyer is attached.

Third, this is an appeal from the Social Security Administration.  The administrative record has been filed with the court and served on Mr. Davis.  *See* ECF No. 8.  Mr. Davis may file an additional brief within 28 days of the date of this order with any additional reasons (beyond those in his letter filed at ECF No. 18) about why he is entitled to summary judgment in his favor.  Thereafter, and pursuant to Civil Local Rule 16-5, Defendant shall serve and file any opposition or counter-motion within 28 days of service of Plaintiff's motion (or, if Mr. Davis does not file a motion within 28 days, within 28 days after the date of this order).  Plaintiff may serve and file a reply within 14 days of service of defendant's opposition or counter-motion.  At the conclusion of the briefing schedule, the court will deem the matter submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: February 18, 2014

_____
LAUREL BEELER
United States Magistrate Judge